**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                                         **NO.  4:15-CR-164-05-KGB**

**JAMES RICE**                                                                        **DEFENDANT**

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit or testimony of Defendant, James Rice, concerning

his financial ability to employ counsel, the Court finds that Defendant cannot afford to hire a

private lawyer, but is entitled to counsel.  Accordingly, R. Brannon Sloan, Jr. is appointed to

represent Defendant in all further proceedings in this matter.

Dated this 5th day of January, 2016.

                                        /s/ Beth Deere
                            UNITED STATES MAGISTRATE JUDGE