# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                            **PLAINTIFF**

**VS.**                    **NO. 4:15-CR-00164-05-KGB**

**JAMES RICE**                                                                 **DEFENDANT**

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of pretrial release. (Docket entry #110) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk is directed to issue summons to Defendant James Rice for appearance at a hearing before United States Magistrate Judge Beth Deere on March 29, 2016, at 2:30 p.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 18th day of March, 2016.

_____
UNITED STATES MAGISTRATE JUDGE